IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
GARY K. KING, Attorney General,

      Plaintiff,

vs.                                                                                                                No. CIV 13-0007 JB/LFG

FASTBUCKS HOLDING CORPORATION,
FASTBUCKS, INC., FASTBUCKS WAGE AND
BENEFITS, LLC, FASTBUCKS OF
ALAMOGORDO, NEW MEXICO, LLC,
FASTBUCKS OF GALLUP, NEW MEXICO, LLC,
FASTBUCKS OF LAS VEGAS, NEW MEXICO,
LLC, FASTBUCKS OF RIO RANCHO, NEW
MEXICO, LLC, and FASTBUCKS OF ROSWELL,
NEW MEXICO, LLC,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendants' Motion to Transfer Venue to the United States District Court for the Northern District of Texas, Dallas Division, filed January 9, 2013 (Doc. 5). The Court held a hearing on June 21, 2013. The Court will deny the motion.

**IT IS ORDERED** that the Defendants' Motion to Transfer Venue to the United States District Court for the Northern District of Texas, Dallas Division, filed January 9, 2013 (Doc. 5), is denied.[1]

                                                                            _____
                                                                           UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Gary K. King
  Attorney General of New Mexico
John D. Thompson
Karen J. Meyers
  Assistant Attorneys General
Office of the Attorney General
Santa Fe, New Mexico

  *Attorneys for the Plaintiff*

H. Joseph Acosta
Michael W. Bishop
Looper Reed & McGraw, P.C.
Dallas, Texas

--and--

Donald Kochersberger
Business Law Southwest LLC
Albuquerque, New Mexico

 *Attorneys for Defendants FastBucks Holding Corporation, FastBucks, Inc., FastBucks Wage and Benefits, LLC, FastBucks of Alamogordo, New Mexico, LLC, FastBucks of Gallup, New Mexico, LLC, FastBucks of Las Vegas, New Mexico, LLC, FastBucks of Rio Rancho, New Mexico, LLC, and FastBucks of Roswell, New Mexico, LLC*